**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SEAN C. HENSCHEN,**

   **Petitioner,**

**v.**                                          **Case No. 3:12cv571-MCR/CJK**

**SECRETARY, FLORIDA DEPARTMENT**
**OF CORRECTIONS,**

   **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 25, 2013. (Doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections, thereto, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 24) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 20) is GRANTED.

3. The amended petition for writ of habeas corpus (doc. 5), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Sean Christopher Henschen* in

the Circuit Court for Escambia County, Florida, Case No. 08-CF-146, is DISMISSED WITH PREJUDICE.

    4.  The Clerk is directed to close the file.

    5.  A certificate of appealability is DENIED.

    **DONE and ORDERED** this 24th day of December, 2013.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**